IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **DAVID W. FREEMAN,** | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-09-160 |
| | § | |
| **MICHAEL WATKINS, Warden,** | § | |
| **Port Isabel Detention Center,** | § | |
| **Los Fresnos, Texas,** | § | |
|     Respondent. | § | |

## ORDER

On July 1, 2009, Petitioner David W. Freeman ("Freeman"), proceeding pro se, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1. On July 23, 2009, this Court ordered that Respondent Michael Watkins ("Watkins") respond to the petition. Dkt. Nos. 17, 26. Watkins responded on October 16, 2009. Dkt. No. 30.

In Watkins's Answer, he admitted that Freeman had been in the custody of the United States Department of Homeland Security for more than six months awaiting removal to Liberia and that Freeman assisted in removal efforts. Dkt. No. 30, at 5, 8. Watkins "denie[d] that the Government of Liberia is not issuing travel documents." Id. at 8.

The Court hereby **ORDERS** the parties to appear for a hearing on this matter on December 2, 2009 at 3:00 p.m. The respondents are hereby **ORDERED** to produce Freeman at that time. The parties shall be prepared to state why there is or is not a significant likelihood of Freeman's removal in the reasonably foreseeable future.

Furthermore, pursuant to 18 U.S.C. § 3006A(a)(2)(B), the Court hereby **APPOINTS** Jodi Goodwin to represent David W. Freeman for the remainder of this action.

DONE at Brownsville, Texas, on October 23, 2009.

_____
Ronald G. Morgan
United States Magistrate Judge

1